FIENUP, Appellant, v. KIESSLING et al., Respondents

(42 N. W.2d 808)

(File No. 9056. Opinion filed May 29, 1950)

**Gustav Fienup,** appearing pro se.
**Julius F. Sieler,** Rapid City, for Respondents.

PER CURIAM.

A certified copy of the notice of appeal in the above entitled action was filed with the clerk of this court on December 14, 1948. The record was settled on May 3, 1949. No brief has been filed by appellant. The appeal is deemed abandoned and the judgment appealed from is affirmed.

All the Judges concur.